IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. BEAUCHAMP, 1963801, ) | |
| ) | |
| Plaintiff(s), ) | No. C 13-2098 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| F. DE LATORRE, JR., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff, a prisoner at the Kern County Jail, filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that, while he was at the Correctional Training Facility (CTF) in Soledad, California, Correctional Officer F. De Latorre, Jr. assaulted him and caused him serious injuries while correctional officers Espinoza and D. J. Doglietto and Sergeant I. Soekardi "provided back-up coverage" for De Latorre and failed to intervene. Plaintiff further alleges that defendants denied him prompt access to medical care for his injuries and threatened to put him in "the hole" if he sought medical care.

Per order filed on August 12, 2013, the court found that, liberally construed, plaintiff's allegations appear to state cognizable claims under § 1983 for use of excessive force (as well as a state law claim for assault and battery) and deliberate indifference to serious medical needs, and ordered the U.S. Marshal to serve the four named defendants. The court also directed defendants to file a dispositive motion by November 12, 2013.

1      Plaintiff has filed an Amended Complaint in which he makes a few factual
2 corrections and clarifications, e.g., he clarifies that Officer Espinoza is Officer
3 "C." Espinoza. The Amended Complaint otherwise is the same and the original
4 complaint and, liberally construed, appears to state cognizable claims under
5 § 1983 for use of excessive force (as well as a state law claim for assault and
6 battery) and deliberate indifference to serious medical needs against the four
7 named defendants. The Amended Complaint is now the operative complaint in
8 this action.
9      The clerk is directed to send a copy of the Amended Complaint and of this
10 order to the four named defendants at CTF.
11 SO ORDERED.
12 DATED: Sept. 11, 2013           /s/ CHARLES R. BREYER
13                                                                 CHARLES R. BREYER
                                                                   United States District Judge

G:\PRO-SE\CRB\CR.13\Beauchamp, E.13-2098.or1.wpd