IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. BEAUCHAMP, 1963801, ) | |
| ) | |
| Plaintiff(s), ) | No. C 13-2098 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| F. DE LATORRE, JR., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Defendants shall file a response to plaintiff's motion to compel (dkt. #51) within seven (7) days of this order.

SO ORDERED.

DATED: August 6, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Beauchamp, E.13-2098.or2.wpd