IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. BEAUCHAMP, E87593, )<br>   Plaintiff(s),      )<br>   v.           )<br>F. DE LATORRE, JR., et al.,  )<br>   Defendant(s).     )<br>_____ ) | No. C 13-2098 CRB (PR)<br><br>ORDER |

Plaintiff has filed a motion for reconsideration of the court's December 16, 2014 order granting defendants' motion for summary judgment and dismissal. Defendants shall file a response to the motion within 28 days of this order.

SO ORDERED.

DATED:   January 23, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Beauchamp, E.13-2098.or4.wpd